UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD          :
Products Liability Litigation            :    ORDER
                                         :
This Document Relates To:                :
<u>Strydom et al. v. Walmart,</u>              :
<u>Incorporated</u>, 22cv9031                  :
<u>Baxter et al. v. Walmart, Inc.</u>,         :
22cv9042                                 :
<u>Watts et al. v. Walmart, Inc.</u>,          :
22cv9043                                 :
<u>Jellema et al. v. Walmart,</u>              :
<u>Incorporated</u>, 22cv9047                  :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

   It is hereby

   ORDERED that the motions to transfer/change venue filed in the following member cases are denied as moot:

   -   <u>Strydom et al. v. Walmart, Incorporated</u>, 22cv9031

   -   <u>Baxter et al. v. Walmart, Inc.</u>, 22cv9042

   -   <u>Watts et al. v. Walmart, Inc.</u>, 22cv9043

   -   <u>Jellema et al. v. Walmart, Incorporated</u>, 22cv9047


Dated:   New York, New York
         February 6, 2023

                                    _____
                                              DENISE COTE
                                    United States District Judge